Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
WILLA L. DOYLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>WILLA L. DOYLE<br>Individual Case No. C 06-0352 CRB | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6355 VAP, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Willa L. Doyle, originally filed in the Central District of California, Case Number CV 05-6355 VAP, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0352 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: July 13, 2006          ROBINSON, CALCAGNIE & ROBINSON

6

7                                _____
                                  Mark P. Robinson, Jr., SBN054426
                                  mrobinson@rcrlaw.net
8                                 Carlos A. Prietto, III, SBN 166410
                                  cprietto@rcrlaw.net
9                                 Ted B. Wacker, SBN 157416
                                  twacker@rcrlaw.net
10                                620 Newport Center Drive, 7th Floor
                                  Newport Beach, CA 92660
11                                Telephone: (949) 720-1288
                                  Fax: (949) 720-1292
12
                                  -AND-
13
                                  Samuel M. Wendt, MO #53573
14                                David Peterson, MO #32229
                                  PETERSON & ASSOCIATES, P.C.
15                                801 West 47th Street, Suite 107
                                  Kansas City, MO 64112-1253
16                                Telephone: (816) 531-4440
                                  Fax: (816) 531-0660
17
                                  *Counsel for Plaintiff*
18                                WILLA L. DOYLE

19

20 Dated: July 20, 2006           GORDON & REES

21

22                                _____
                                  Stuart M. Gordon, Esq.
23                                sgordon@gordonrees.com
                                  Embarcadero Center West
24                                275 Battery Street, 20th Floor
                                  San Francisco, CA 94111
25                                Telephone: (415) 986-5900
                                  Fax: (415) 986-8054
26
                                  *Defendants' Liaison Counsel*
27

28

---
2
STIPULATION AND ORDER OF DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: __July 21, 2006_____

4  HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]